This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

### IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-42086**

**MIGUEL REYES JIMENEZ,**

    Plaintiff-Appellant,

v.

**DAVID MOISES UMANA GONZALEZ**
**and JOHN DOES 1-5 WHOSE TRUE**
**NAMES ARE UNKNOWN,**

    Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF CIBOLA COUNTY**
**Amanda Sanchez Villalobos, District Court Judge**

Miguel Reyes Jimenez
San Diego, CA

Pro Se Appellant

Butt Thornton & Baehr PC
Astrid Carrete
Ryan T. Sanders
Albuquerque, NM

for Appellees

### MEMORANDUM OPINION

**HANISEE, Judge.**

**{1}**     Plaintiff Miguel Reyes Jimenez appeals from the district court's order dismissing his case on the grounds that his claims were statutorily barred. [RP 32-33] This Court issued a notice of proposed disposition, proposing to summarily reverse, having reviewed Plaintiff's arguments in the docketing statement. In response, Plaintiff filed a memorandum in support of our proposed summary disposition. However, Defendants

have not filed a memorandum in opposition to our proposed disposition, and the time for doing so has expired.

**{2}** Plaintiff's memorandum in support continues to raise other issues which, as we noted in our calendar notice, the district court did not rule upon in light of its dismissal on statute of limitations grounds. [CN 4] Thus, as we stated in our calendar notice, this Court will not address those issues for the first time on appeal. [CN 4] To the extent Plaintiff asks this Court to award him a default judgment, this Court does not have the authority to do so. [MIS 1-2] To the extent that Plaintiff asks for sanctions on Defendants, nothing in this opinion precludes Plaintiff from requesting those from the district court in future proceedings. [MIS 2]

**{3}** Accordingly, we rely on the reasoning contained in our notice of proposed disposition and reverse the district court.

**{4}** **IT IS SO ORDERED.**

**J. MILES HANISEE, Judge**

**WE CONCUR:**

**JANE B. YOHALEM, Judge**

**KATHERINE A. WRAY, Judge**